U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

JUN 25 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DANNON KEITH SELLERS<br>La. DOC #556277 | CIVIL ACTION NO. 15-cv-270<br>Section P |
| VERSUS | JUDGE HAIK |
| J. PHIL HANEY, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT

*Pro Se* Plaintiff Dannon Keith Sellers filed the instant civil rights complaint pursuant to 42 U.S.C. §1983. The matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, which was entered into the record as Rec. Doc. 9. After an independent review of the record, and considering the objections lodged, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous.

Signed at Lafayette, Louisiana, this 24th day of June, 2015.

Richard T. Haik
United States District Judge